IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Larry Strickler,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Joseph M. Arpaio, in his official capacity as Sheriff of Maricopa County, Arizona; Sean Anthony Edwards-El and Jane Doe Edwards-El, husband and wife; John Does and Jane Does 1-10; ABC Corporations 1-10 and XYZ Partnerships 1-10,<br><br>　　　　Defendants. | NO. CV12-0344 GMS<br><br>**INDEX TO EXHIBITS** |

**EXHIBITS:**

1. Declaration Of Maricopa County Sheriff's Office Custodian of Records

    A. Notice of Claim (Bates Nos. MC000001 – 000032)

2. City of Phoenix Municipal Court's Judgment & Sentence Order in *State v. Sean A. Edwards-El*, Complaint #20119003421 (Bates Nos. MC000033 - 000034

**EXHIBIT 1**

**Declaration of Maricopa County Sheriff's Office Custodian of Records**

WILLIAM G. MONTGOMERY
MARICOPA COUNTY ATTORNEY
By:    Ann Thompson Uglietta (013696)
       Deputy County Attorney
CIVIL SERVICES DIVISION
Security Center Building
222 North Central Avenue, Suite 1100
Phoenix, Arizona 85004
Telephone (602) 506-8541
Facsimile (602) 506-8567
MCAO Firm No. 00032000
uglietta@mcao.maricopa.gov

Attorneys for Defendant Arpaio

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Larry Strickler,<br><br>          Plaintiff,<br><br>v.<br><br>Joseph M. Arpaio, in his official capacity as Sheriff of Maricopa County, Arizona; Sean Anthony Edwards-El and Jane Doe Edwards-El, husband and wife; John Does and Jane Does 1-10; ABC Corporations 1-10 and XYZ Partnerships 1-10,<br><br>          Defendants. | No. CV 12-0344-GMS<br><br>**DECLARATION OF MARICOPA COUNTY SHERIFF'S OFFICE CUSTODIAN OF RECORDS** |

I, Chad Wagner, hereby declare under penalty of perjury that the following is true according to my own personal knowledge, information and belief:

1.    My name is Chad Wagner. I am an officer with the Maricopa County Sheriff's Office. I have been assigned to the Legal Liaison Unit since August 2011.

2. One of my duties is to act as a custodian of records for the Maricopa County Sheriff's Office.

3. I have reviewed the attached Notice of Claim letter from Kenneth P. Gerber, Garrison Law Firm and attachments thereto, dated July 8, 2011, regarding Larry Strickler and date of incident April 3, 2011, which was served on Sheriff Joseph Arpaio and received by Maricopa County Sheriff's Office on July 8, 2011, and was kept in the course of MCSO's regularly conducted activities.

4. For purposes of this Declaration, I am authenticating:

   a) Notice of Claim letter dated July 8, 2011 with attached Phoenix Police Department Report 2001-00196458 (Attachment A hereto) (Bates Nos. MC000001-32).

FURTHER DECLARANT SAYETH NAUGHT.

_____
CUSTODIAN OF RECORDS

OFFICIAL SEAL
THERESA B. COOMBS
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires Aug. 14, 2014

2

**EXHIBIT 1-A**

**Notice of Claim
(Bates Nos. MC000001 – 000032)**

# GARRISON LAW FIRM

Kevin Michael Garrison

7972 W. Thunderbird Road  Suite 107  Peoria, Arizona 85381

Tel: (623) 915-1100  Fax: (623) 435-8676
Email: kevingarrison@inficad.com  Web: www.garrisonlawfirm.com
Of Counsel Kenneth P. Gerber

July 8, 2011

RECEIVED JUL 0 8 2011
2008 7188

Maricopa County Sheriff's Office
100 W. Washington, Suite 1900
Phoenix, AZ  85003

Maricopa County
Clerk of the Board of Supervisors
301 W. Jefferson, 10th Floor
Phoenix, AZ  85003

Sheriff Joe Arpaio
Maricopa County Sheriff's Office
100 W. Washington, Suite 1900
Phoenix, AZ  85003

Rocky Armfield
Risk Management
Maricopa County
222 N. Central Ave., Suite 1110
Phoenix, AZ  85004

Deputy Sean Anthony Edwards-El
Maricopa County Sheriff's Office
100 W. Washington, Suite 1900
Phoenix, AZ  85003


COPY

Re:  Our Client:       Larry Strickler
     Date of Incident: April 3, 2011

To Whom It May Concern:

### NOTICE OF CLAIM PURSUANT TO A.R.S. §12-821.01

Please be advised that our office represents Larry Strickler regarding an accident that occurred on April 3, 2011. This Notice of Claim is being provided pursuant to A.R.S. § 12-821.01. As you are aware our client was involved in a unilaterally initiated and unprovoked physical altercation with an on-duty Deputy Sheriff. Set forth below are specific facts showing liability and damages. We have also given you information about our client, and his injuries. We are hopeful that this will help you evaluate this claim and that we can resolve the matter without litigation.

### BACKGROUND

Larry Strickler is a poised and confident 47-year-old man who will make an excellent impression in front of any jury. On February 3, 2011 at approximately 7:55 a.m., Mr. Strickler was preparing to begin his work day as a FedEx courier at the FedEx location of 4475 N. 43rd Avenue, Phoenix, AZ 85031. At the same time and place, Sheriff's Deputies,

MC000001

including Deputy Sheriff Sean Anthony Edwards-El, were on scene in a regularly scheduled inspection of the facility and the packages set for delivery. Mr. Strickler approached Deputy Edwards-El to say hello. Although unprovoked, and without warning, Deputy Edwards-El assaulted Mr. Strickler by grabbing him around the throat and pushing him backwards. This incident was investigated criminally by the Phoenix Police Department, whose records include information that the incident was witnessed by other Deputy Sheriff's who corroborated that this was an unprovoked attack. A copy of the police reports are attached as exhibit A.

As a result of this attack, Mr. Strickler sustained bodily injuries as well as lost income and will suffer future lost earning capacity and incur future medical expenses. We have enclosed a copy of the police reports and copies of some of Mr. Strickler's medical records, as well as the Maricopa County form entitled, "Notice of Claim Against Maricopa County and/or Maricopa County Sheriff".

## LIABILITY

In Arizona, an employer is vicariously liable for the conduct of its employees. Negligence can consist of action or inaction. Here Deputy Edwards-El negligently and recklessly grabbed Mr. Strickler by the throat and pushed him backwards. Because Deputy Edwards-El was in the course and scope of his employment, Maricopa County and/or the Maricopa County Sheriff is also liable.

## MEDICAL SUMMARY

### MBI INDUSTRIAL MEDICINE

After the investigation by the Phoenix Police Department, Mr. Strickler sought treatment immediately through MBI Industrial Medicine, the authorized Workers' Compensation medical facility. There, Mr. Strickler underwent evaluation for complaints of pain in his neck, throat and right shoulder pain. Mr. Strickler was diagnosed with a contusion to his neck and right trapezius region.

On February 7, 2011, Mr. Strickler returned to MBI for a follow up. At that time, he reported that he had suffered intermittent numbness in his right upper arm. The doctor examined him and reiterated his diagnosis of a right shoulder and trapezius contusion as a result of the attack by the Deputy. Mr. Strickler returned for reevaluation as well on February 10, 2011. We are providing all of the medical records that are currently in our possession at this time.

## VHS ABRAZO MEDICAL GROUP

We are providing all of the medical records and bills that are currently in our possession at this time.

## FLETCHER HEIGHTS CHIROPRACTIC

We are providing all of the medical records and bills that are currently in our possession at this time.

## CORE INSTITUTE

On April 25, 2011, Mr. Strickler examined by Dr. Jason Scalise for right upper extremity and shoulder pain as well as right sided neck pain, tingling and numbness. Dr. Scalise recommended an MRI and an EMG for evaluation of Mr. Strickler's right shoulder.

Following the EMG and MRI, Mr. Strickler returned to Dr. Scalise, who noted that Mr. Strickler suffered a SLAP lesion of the superior labrum extending from the superior aspect and going more posteriorly into the posterior labrum. Additionally, Mr. Strickler's MRI revealed a small peri-labral cyst and some tendinosis towards the rotator cuff insertion. The EMG revealed some mild median nerve latency at the carpal tunnel.

Dr. Scalise recommended physical therapy, medications and cortisone injections. The steroid injections were first carried out on July 1, 2011. Mr. Strickler has other injections currently scheduled, and Dr. Scalise has discussed a future surgery to repair the shoulder, should the conservative treatment fail.

We are providing all of the medical records and bills that are currently in our possession at this time.

## SIMON MED

A May 5, 2011 MRI of the right shoulder revealed a tear of the superior labrum extending from anterior to posterior, with additional fraying and subtle partial separation at the labral-chondral interface. The exam also revealed a prominent paralabral cyst, mild AC joint arthrosis and glenhumeral joint and superior humeral head articular surface chondromalacia.

We are providing all of the medical records and bills that are currently in our possession at this time.

### JERALD ALTMAN, M.D.

We are providing all of the medical records and bills that are currently in our possession at this time.

### MEDICAL EXPENSES***

| Medical Provider | Total |
|---|---|
| MBI Industrial Medicine | $unknown |
| VHS Abrazo Medical Group | $unknown |
| Fletcher Heights Chiropractic | $unknown |
| CORE Institute | $unknown |
| SimonMed | $unknown |
| Jerald Altman, M.D. | $unknown |
| **Total** | **$unknown** |

***All medical bills and records are still being collected; therefore these amounts are preliminary in order to provide the most information possible at this time.

### IMPACT TO LIFESTYLE

This attack had a substantial impact on Mr. Strickler's life. Prior to the attack Mr. Strickler was always very active. He was constantly on the go and enjoyed being able to engage in many activities. After the attack, Mr. Strickler was prohibited from engaging in many activities for several weeks. He was unable to participate because of pain, which he experienced. Mr. Strickler still experiences pain in his right shoulder and has difficulty performing his work and everyday activities. Mr. Strickler is continuing to undergo treatment and will likely need surgery for the injury to his shoulder.

### LOST EARNINGS

Mr. Strickler works as a courier for FedEx. As a result of his injuries from the crash, Mr. Strickler was unable to perform certain duties required by his employer, has worked fewer hours, missed work due to his medical treatment and will continue to miss future work and work fewer hours for medical treatment. We anticipate being able to prove that Mr. Strickler is losing at least an estimated $160.00 per week since the attack due to decreased hours. This figure does not include actual current and future time missed at work for medical treatment, including a future surgery.

## CONCLUSION

Mr. Strickler suffered injuries as the result of the negligence and reckless attack by Deputy Edwards-El. Mr. Strickler has received appropriate and conservative medical treatment for his injuries and has reasonable future medical care ahead of him. We will be able to present a violent attack, which caused well-documented injury to my client. We believe that Mr. Strickler will present himself well should this matter go to trial and we will not hesitate to file suit if we are not able to resolve the case for a fair amount.

We are authorized to accept $150,000.00 as a settlement. Please respond within ten (10) days.

We have made every effort to comply with ARS §12-821.01 within the allotted time. Should you recognize any deficiencies with this "Notice of Claim Letter," please advise us immediately so that we may make the appropriate modifications.

Sincerely,

Kenneth P. Gerber
Of Counsel
KG/mb

Enclosures:   As stated

cc: Larry Strickler (w/o enclosures)



## NOTICE OF CLAIM AGAINST MARICOPA COUNTY and/or MARICOPA COUNTY SHERIFF

| DATE OF LOSS | TIME OF LOSS | LOCATION OF LOSS |
|---|---|---|
| 02/03/11 | ~630 PM | 4475 N. 43rd Avenue (Fed Ex location) |

| CLAIMANT NAME | SOCIAL SECURITY NUMBER | DATE OF BIRTH | IF MINOR, NAME PARENT OR GUARDIAN FILING |
|---|---|---|---|
| Larry B. Strickler | | 10/3/63 | |

| | Address | | City | State | Zip Code |
|---|---|---|---|---|---|
| Home | Robertson Law Firm | | | | |
| Work | 7972 W. Thunderbird Rd #107 | | Peoria | AZ | 85381 |

**Description of Occurrence:**
See enclosed police report.
Claimant assaulted by MCSO officer

**Damage/Injury to Property:**
N/A

### IF PERSONS INJURED, LIST THE FOLLOWING INFORMATION ON ALL INJURED PARTIES

| Name | Address | Description of Injury | DOB | Telephone |
|---|---|---|---|---|
| 1. Larry Strickler | see above | SLAP lesion of Superior labrum | 10/3/63 | ( ) - |
| 2. | | | | ( ) - |

**Responding Police Agency:** Phoenix     **Report #:** 2011-00190158

### CLAIMANT VEHICLE INFORMATION

| Make | Model | Year | License Plate # |
|---|---|---|---|
| N/A | | | |

### COUNTY VEHICLE INFORMATION

| Unit Number | Department | County Driver | License Plate # |
|---|---|---|---|
| | | | |

### IF WITNESSES ARE AVAILABLE, PROVIDE THE FOLLOWING INFORMATION

| Name | Address | Telephone |
|---|---|---|
| 1. Officer Vannett | Please see enclosed report | ( ) - |
| 2. Officer Mendosa | " " " " | ( ) - |

Specific amount for which your claim can be settled: $

Claimant signature: _____     Date: _____

This form is provided to assist in presenting a claim to Maricopa County that complies with the requirements of A.R.S. § 12-821.01, which defines the requirements for filing a claim against a public entity in the State of Arizona. It is important to complete all applicable items on the form in order to assure compliance with state law. Failure to do so may result in your claim being rejected. Filing a valid claim will always remain your sole responsibility. If your claim is contractual in nature, refer to the guidelines set forth in A.R.S. § 11-622.

The accompanying letter also contains the names and addresses of the persons authorized to accept service of the notice of claim form. It is your responsibility to identify the correct person, entity and/or entities against which your claim is being made, and file the notice of claim with them as required by A.R.S. § 12-821.01. You can mail the completed form.

If you have questions about this form or your claim, it is your responsibility to seek legal advice on your own and at your expense. Please do not call or otherwise contact any employee of Maricopa County, or any employee of its officers, boards or districts, to seek assistance with filing a notice of claim or seek any other assistance with respect to your claim. No officer or employee of Maricopa County is authorized to provide legal advice or assistance with the preparation or filing of your claim. If you rely on any information furnished directly or indirectly by any officer or employee of Maricopa County, you do so at your own risk.

MC000006

MCET-604 rev.

```
                        VICTIM SERVICES      Fax 6025344540       Mar 17 2011 05:05PM P002/021

    ** PUBLIC **       PHOENIX POLICE DEPARTMENT REPORT           ** RECORD **

      ORIGINAL           PAGE NUMBER:    1        DR NUMBER: 2011 00196458


REPORT DATE: 20110204   TIME: 0720

TYPE OF REPORT: ASSAULT                                        OFFENSE  240

PROSECUTION DESIRED: YES

BOOKING VICTIM NOTIFIED: NO

LOCATION: 004475 N 43RD AVENUE                    BEAT  0822   GRID: BH19
          FED EX

DATE/TIME OF OCCURRENCE:    THU    020311   0755

REPORTING OFFICER[S]: REBECCA JOSTES                  7882     UNIT: C53
                     ROBERT WENRICK                   3608

PREMISES: OFFICE/COMMERCIAL BUILDIN                            OCCUPIED:

OFFENSE INVOLVED: BIAS - NONE (NO BIAS)

PARTY-CREW: NO

PHOTOGRAPHS TAKEN: YES    BY: A5332

SCENE PROCESSED FOR LATENTS: NO       BY:

LATENTS SUBMITTED TO CRIME LAB: NO

CALL PERSON: VICTIM 01

                        **** SUSPECT INFORMATION ****

   INDEX SUSPECT-01:                    *** SENT TO PROSECUTOR OFFICE ***
                    NAME: EDWARDS-EL, SEAN ANTHONY

      SPEAKING: ENGLISH

      SUSPECTED OF USING: NOT APPLICABLE

      RACE: B   SEX: M   AGE: 37    DOB: 1973    HT: 508       WT: 208
      HAIR: BLK          EYES: BRO  SSN:
      OCCUPATION: POLICE OFFICER #1517           EMPLOYED:
      WORK HOURS: 0000                           DAYS OFF: VARY
      LEVEL OF FORCE    OFFICER PRESENCE

      RIGHTS ADVISED: YES    TIME:    1610   OFFICER:  5549

                       **** VICTIM INFORMATION ****

   VICTIM -01
                    NAME: STRICKLER, LARRY B


   2011 00196458                                              Continued.




RECEIVED 03-17-11 17:02   FROM- 6025344540       TO-   AMG ANTHEM  MC000007 P0002/002
```

```
                    VICTIM SERVICES      Fax 6025344540      Mar 11 2011 05:09pm P003/027

** PUBLIC **        PHOENIX POLICE DEPARTMENT REPORT        ** RECORD **

   ORIGINAL          PAGE NUMBER:    2      DR NUMBER: 2011 00196458


   SPEAKING: ENGLISH

   RACE: W   SEX: M   AGE: 47     DOB: 1963        HT: 510       WT: 185
   HAIR: BRO      EYES: BRO   SSN:

   VICTIM OF:
        SIMPLE ASSAULT - COMPLETED
           NOT APPLICABLE/UNKNOWN
   DR. LICENSE & STATE: B134 AZ

   CLOTHING DESC & MISC:
   BLACK CARGO PANTS, GRAY THERMAL SHIRT, LONG SLEEP PURPLE FEDEX SHIRT
   OCCUPATION: COURIER
   WORK HOURS: 0630 - 1500                     DAYS OFF: S/S
   CAN ID SUSPECT(S): YES                      SUSPECT(S): IS1
   WILL TESTIFY: YES                           MISC.

                            WORK
       RELATIONSHIP TO IS-01: ACQUAINTANCE


                    ****  V 01 - INJURY INFORMATION  ****

   PHYSICAL CONDITIONS: COMPLAINS OF PAIN

   INJURY: COMPLAINTS OF PAIN IN FRONT THROAT AREA AND BACK OF LOWER NE
           CK AND SHOULDERS.

   PARAMEDIC TREATMENT: NO      UNIT(S):

   HOSPITALIZED: NO

   DOCTOR'S NAME: FABREGA, BERNARDO
   ADDRESS: 3501 W OSBORN RD, PHOENIX, AZ 85019
   PHONE: (602)272-7676    EXT.


   VICTIM REQUESTS NOTIFICATION

                    ****  WITNESS INFORMATION  ****

   WITNESS -01:
                  NAME: KINNETT, ROB

       SPEAKING: ENGLISH

       RACE: W   SEX: M   AGE: 51     DOB:            HT: 000    WT: 000
       OCCUPATION: POLICE OFFICER #957
       CAN ID SUSPECT(S): YES                         SUSPECT(S): IS1



   2011 00196458                                                    Continued.
```

VICTIM SERVICES     Fax 6025344540     Mar 17 2011 05:09pm P004/021

```
** PUBLIC **          PHOENIX POLICE DEPARTMENT REPORT          ** RECORD **
   ORIGINAL            PAGE NUMBER:   3      DR NUMBER: 2011 00196458
```

WITNESS -02:
    NAME: MENDOSA, APOLINAR

  SPEAKING: ENGLISH

  RACE: H   SEX: M   AGE: 36      DOB:            HT: 000        WT: 000

  CLOTHING DESC & MISC:
  "POLI"
  OCCUPATION: POLICE OFFICER #1377
  CAN ID SUSPECT(S): YES                        SUSPECT(S): SP1


WITNESS -03:
    NAME: ABRAHAMSON, TIM

  SPEAKING: ENGLISH

  RACE: W   SEX: M   AGE: 40   DOB:            HT: 000        WT: 000
  OCCUPATION: POLICE OFFICER #1725
  CAN ID SUSPECT(S): YES                        SUSPECT(S): SP1


WITNESS -04:
    NAME: TOMPKIN, RANDALL

  SPEAKING: ENGLISH

  RACE:    SEX: M   AGE:       DOB:            HT: 000        WT: 000
  OCCUPATION: COURIER
  WORK HOURS: 0630 - 1500                       DAYS OFF: S/S
  CAN ID SUSPECT(S): YES                        SUSPECT(S): IS1


                **** MANAGER/OWNER INFORMATION ****

MANAGER/OWNER -01:
    NAME: DYER, PAUL

  SPEAKING: ENGLISH

  RACE:    SEX: M   AGE:          DOB:         HT: 000        WT: 000
  HAIR: BRO       EYES:            SSN:
  OCCUPATION: OPERATIONS MANAGER
  CAN ID SUSPECT(S): YES                        SUSPECT(S): SP1
  WILL TESTIFY: YES                             MISC.


2011 00196458                                                    Continued.

```
                        VICTIM SERVICES    Fax 6025344540      Mar   2011 03:05pm  P005/021
```

```
** PUBLIC **        PHOENIX POLICE DEPARTMENT REPORT        ** RECORD **

   ORIGINAL          PAGE NUMBER:   4      DR NUMBER: 2011 00196458
```

MANAGER/OWNER -02:
      NAME: BOVE, JAY

  SPEAKING: ENGLISH

  RACE:   SEX: M  AGE:     DOB:       HT: 000     WT: 000

  CLOTHING DESC & MISC:
  IMMEDIATE SUPERVISOR FOR SP1 SEAN
  OCCUPATION: SERGEANT MCSO #1050


                ***   PROPERTY/EVIDENCE   ***

RECOVERY LOCATION: 004475 N 43RD AV
DATE: 020311                SEARCH WARRANT INVOLVED:

0001  PKG 001 CODE:EI   V 01
      ITEM: JDOCUME BRAND:      MODEL:      COLOR:
      SIZE:     QUANTITY: 0001   SERIAL/ACCT/ID:
      DESCRIPTION: COPY OF WORK STATUS WORKSHEET FOR V1 LARRY BY MBI
      INDUSTRIAL MEDICINE FOR INITIAL DOCTOR REPORT LISTING INJURIES TO V1 LARR

0002  PKG 002 CODE:EI   IS01
      ITEM: JDOCUME BRAND:      MODEL:      COLOR:
      SIZE:     QUANTITY: 0001   SERIAL/ACCT/ID:
      DESCRIPTION: COPY OF MEMO WRITTEN BY IS SEAN TO HIS IMMEDIATE S
      UPERVISOR, M2 BOVE, AFTER INCIDENT

0003  PKG 003 CODE:EI   V 01
      ITEM: JDOCUME BRAND:      MODEL:      COLOR:
      SIZE:     QUANTITY: 0001   SERIAL/ACCT/ID:
      DESCRIPTION: COPY OF WRITTEN STATEMENTS REQUESTED BY M1 PAUL FO
      R PURPOSE OF FEDEX, STATEMENT WRITTEN BY V1 LARRY AND W4 RANDALL.

              ****  CRIME AGAINST PERSON M.O.  ****

VICTIM: V-01       M.O. FOR SUSPECT: IS-01
SUSPECT:
    PRIMARY FORCE/MEANS OF ATTACK: BODILY FORCE

                  ****  NARRATIVE  ****
  SERIAL NUMBER: 7882

SERIAL NUMBER: 7882

PATROL PERSONNEL:
========================

  2011 00196458                                                   Continued.

VICTIM SERVICES        Fax 6025344540           Mar 17 2011 05:10PM P0007/021

** PUBLIC **    PHOENIX POLICE DEPARTMENT REPORT    ** RECORD **

ORIGINAL        PAGE NUMBER:   5    DR NUMBER: 2011 00196458

OFC CLARK #5708
OFC MASINO #6720
RESPONDING OFFICERS


INVESTIGATIVE PERSONNEL:
========================

DET JOSTES #7882
CASE AGENT/VICTIM INTERVIEW

DET WENRICK #3608
CO-CASE AGENT/WITNESS INTERVIEW

DET CONNELL #5549
SUSPECT INTERVIEW

DET SCHOUTEN #8285
WITNESS INTERVIEW

DET VANZANT #5902
MONITOR RECORDING SUSPECT INTERVIEW

CSS BLANKETSHIP #A5332
CRIME SCENE SPECIALIST/DIGITAL PHOTOGRAPHS

SGT LOPEZ #6337
DETECTIVE SUPERVISOR

==========================================================================

SYNOPSIS:
=========

ON 02-03-11 AT APPROXIMATELY 0755 HRS, V1 LARRY WAS ASSAULTED BY IS1 SEAN WHEN IS1 SEAN GRABBED V1 LARRY BY HIS THROAT WITH LEFT HAND AND WRAPPED HIS RIGHT ARM AROUND THE BACK OF V1 LARRY'S NECK AND MOVED HIM APPROXIMATELY 10 FEET WHILE AT FED EX DISTRIBUTION CENTER LOCATED AT 4475 N 43RD AVE.

V1 LARRY IS A COURIER WITH FED EX, 4475 N 43RD AVE IS HIS PLACE OF WORK, AND HE WAS WORKING AT THE TIME OF THIS ASSAULT.

IS1 SEAN IS AN OFFICER WITH MARICOPA COUNTY SHERIFF'S OFFICE ASSIGNED TO THE DRUG INTERDICTION SQUAD. IS1 SEAN WAS WORKING WITH 3 OTHER OFFICERS INSPECTING PACKAGES AT 4475 N 43RD AVE AT THE TIME OF THIS ASSAULT.

V1 LARRY WAS SEEN BY DR BERNARDO FABREGA AT MBI INDUSTRIAL MEDICINE AT 1142 HRS IN WHICH WAS TOLD HE HAD A STRAINED NECK.


2011 00196458                                                Continued.

VICTIM SERVICES       Fax 6025344540       Mar 17 2011 05:10pm P007/021

** PUBLIC **       PHOENIX POLICE DEPARTMENT REPORT       ** RECORD **

ORIGINAL       PAGE NUMBER: 6       DR NUMBER: 2011 00196458

NARRATIVE:
==========

ON 02-03-11 AT APPROXIMATELY 1400 HRS, MYSELF AND DETECTIVE WENRICK #3608 WERE CALLED OUT TO INVESTIGATE AN ASSAULT THAT OCCURRED AT FED EX DISTRIBUTION CENTER LOCATED AT 4475 N 43RD AVE.

WE ARRIVED AT APPROXIMATELY 1420 HRS AT 4475 N 43RD AVE AND CONTACTED PHOENIX PATROL OFFICER CLARK #5708 AND OFFICER MASINO #6720 WHO WERE STANDING BY WAITING FOR DETECTIVES. OFFICERS CLARK AND MASINO WERE RIDING A TWO MAN MARKED PATROL UNIT AND HAD RESPONDED TO THE ORIGINAL RADIO CALL AT APPROXIMATELY 1059 HRS. THE OFFICERS STATED THAT V1 LARRY WAS INSIDE THE FED EX BUILDING AND WAS WAITING FOR DETECTIVES. THE OFFICERS ALSO STATED THAT V1 LARRY WAS VERY UPSET ABOUT THE INCIDENT AND WAS DESIRING PROSECUTION.

DETECTIVE WENRICK AND MYSELF WENT INSIDE THE FED EX BUILDING AND MADE CONTACT WITH V1 LARRY. THE FOLLOWING IS MY INTERVIEW WITH V1 LARRY.

THE INTERVIEW BEGAN AT 1425 HRS AND WAS AUDIO RECORDED WITH MY DIGITAL RECORDER. SUCH RECORDING WILL BE IMPOUNDED AS EVIDENCE WITH OUR FORENSIC IMAGING DEPT. PLEASE SEE ACTUAL RECORDING FOR COMPLETE INTERVIEW. THE FOLLOWING IS A SUMMARY OF DETAILS.

V1 LARRY STATED HE IS EMPLOYED BY FED EX AS A COURIER AND HAS MAINTAINED THAT JOB FOR THE PAST 18 YEARS. V1 LARRY STATED HE CURRENTLY WORKS OUT OF FACILITY LOCATED AT 4475 N 43RD AVE. V1 LARRY STATED ON 02-03-11 AT APPROXIMATELY 0755 HRS, AN INCIDENT OCCURRED BETWEEN HIMSELF AND AN MCSO OFFICER IS1 SEAN THAT WAS WORKING A DRUG INTERDICTION PROGRAM OUT OF THAT FACILITY. V1 LARRY SAID THE MORNING WAS LIKE ANY OTHER MORNING FOR HIM AS HE WALKED OUT TO HIS DELIVERY TRUCK WHICH IS PARKED ON SOUTH SIDE OF BUILDING, FIRST IN LINE OUTSIDE THE FACILITY AND BACKED UP TO THE CONVEYOR BELT. V1 LARRY SAID HE CROSSED OVER CONVEYOR BELT LIKE HE DOES EVERY MORNING, PUT HIS PERSONAL ITEMS ON THE BUMPER OF THE TRUCK SO HE COULD GO INSIDE THE BUILDING TO OBTAIN HIS KEYS. V1 LARRY SAID 4 MCSO OFFICERS WERE STANDING NEXT TO BUILDING BY CONVEYOR BELT NEAR HIS TRUCK. V1 LARRY SAID HE KNOWS THE OFFICERS, THEY HAD BEEN WORKING OUT OF THE FED EX BUILDING FOR PAST TWO YEARS. THE OFFICERS AND HIMSELF CHAT EVERY DAY AND JOKE AROUND CONSTANTLY. V1 LARRY STATED HE AND W1 ROB HAVE EVEN DISCUSSED ELK HUNTING WHERE ROB OFFERED LARRY TO STAY IN HIS CABIN IN MUNDS PARK. THIS MORNING W1 ROB AND IS1 SEAN WERE HAVING A CONVERSATION A FEW FEET AWAY FROM THE OTHER TWO. V1 LARRY SAID HE WALKED PAST THE OFFICERS AND SAID "HEY, ALL THE GIRLS ARE HERE." V1 LARRY SAID HE MEANT THIS IN A JOKING MANNER AND HIS WAS THE KIND OF MANNER IN WHICH THEY SPOKE EVERY DAY. V1 LARRY WENT INSIDE THE BUILDING TO GET HIS KEYS AND WHEN HE CAME OUT HE WALKED UP TO W1 ROB AND IS1 SEAN TO SAY HI, HOW YOU DOING AND EXTENDED HIS RIGHT HAND AS TO SHAKE THEIR HAND. V1 LARRY SAID IS1 SEAN LOOKED AT HIM AND SAID, "GET THE FUCK OUT OUT OF MY FACE, I AM TALKING." V1 LARRY SAID BEFORE HE COULD DO ANYTHING IS1 SEAN GRABBED V1 LARRY'S THROAT WITH HIS LEFT HAND (SHOWING ME THUMB ON ONE SIDE OF THROAT AND FINGERS ON THE OTHER) AND WRAPPED HIS RIGHT ARM AROUND THE BACK OF HIS NECK, HIS FACE

2011 00196458                                                          Continued.

VICTIM SERVICES  Fax 6025344540  Mar 17 2011 05:10PM P008/021

\*\* PUBLIC \*\*   PHOENIX POLICE DEPARTMENT REPORT   \*\* RECORD \*\*

ORIGINAL   PAGE NUMBER: 7   DR NUMBER: 2011 00196458

ABOUT TWO INCHES FROM HIS AND PUSHED HIM BACK ABOUT 10 FEET THEN THREW HIM AGAINST HIS TRUCK. V1 LARRY SAID AS IS1 SEAN WAS PUSHING HIM BACK THAT IS1 SEAN WAS SAYING TO HIM, "I TOLD YOU TO SHUT THE FUCK UP. I DON'T WANT TO TALK TO YOU, I DON'T WANT TO HEAR ANYTHING FROM YOU." V1 LARRY SAID AT THIS POINT W1 ROB GRABBED IS1 SEAN'S ARM AND TOLD HIM TO STOP, THAT HE CAN'T DO THAT.

V1 LARRY SAID HE TOLD W1 ROB TO GET IS1 SEAN OUT OF HERE, THIS IS FED EX PROPERTY AND JUMPED BACK OVER CONVEYOR BELT TO FIND HIS MANAGER M1 PAUL. V1 LARRY SAID HE WALKED ACROSS THE BUILDING INTO THE INSIDE BUT WAS STOPPED BEFORE ENTERING THE OFFICE AREA BY W2 "POLI" WHO WAS TRYING TO CALM HIM DOWN. V1 LARRY SAID W2 POLI TOLD HIM IT'S ALL GOOD, EVERYTHING IS FINE. HE IS OFF THE PROPERTY, DON'T SAY NOTHING. V1 LARRY SAID HE TOLD W2 POLI, "NO IT'S NOT" AND WALKED INSIDE TO FIND M1 PAUL.

V1 LARRY SAID HE WAS FEARFUL OF IS1 SEAN, THAT IS1 SEAN IS A VERY LARGE, "HUGE" MAN. V1 LARRY DESCRIBES IS1 SEAN AS A BLACK MALE, APPROXIMATELY 5'8, 245 LBS. V1 LARRY SAID IS1 SEAN IS USUALLY A QUIET GUY BUT HAS NOTICED A HUGE CHANGE IN HIS APPEARANCE OVER THE PAST 8 MONTHS IN WHICH IS1 SEAN HAS GAINED ABOUT 45 LBS OF MUSCLE AND WEIGHT.

I ASKED V1 LARRY IF THERE HAVE EVER BEEN ANY INCIDENTS BETWEEN HIMSELF AND IS1 SEAN THAT WERE NEGATIVE, ANY HOSTILITY, OR ANIMOSITY BETWEEN THEM. V1 LARRY SAID NEVER. V1 LARRY SAID THAT HIM AND ALL THE OFFICERS ARE ALWAYS JOKING AROUND BUT NOT AS MUCH WITH IS1 SEAN BECAUSE HE USUALLY STAYED INSIDE THE BUILDING BY THE LESS BUSY CONVEYOR BELT WHERE THE OTHERS WERE OUTSIDE BY HIS TRUCK WITH THE BUSIER CONVEYOR BELT. I ASKED V1 LARRY IF HE HAD EVER SEEN IS1 SEAN ACT AGGRESSIVE OR HOSTILE TOWARDS ANYONE. V1 LARRY SAID NO. V1 LARRY SAID THE DAY PRIOR THEY HAD ALL BEEN TALKING AND JOKING AROUND INCLUDING IS1 SEAN.

V1 LARRY SAID HE HAD NEVER SEEN IS1 SEAN YELL OR CUSS AT ANYONE BUT TODAY WHEN THE INCIDENT OCCURRED, HE WAS SCARED. V1 LARRY SAID "YOU SHOULD HAVE SEEN THE LOOK IN HIS EYES. IT WAS LIKE HE WASN'T EVEN THERE."

I ASKED V1 LARRY IF HE DESIRED PROSECUTION. V1 LARRY SAID, "YES. HE CHOKED ME."

V1 LARRY WAS ASKED IF THERE WERE ANY FED EX EMPLOYEES THAT HAD SEEN THE INCIDENT. V1 LARRY SAID HE THOUGHT RANDY DID BECAUSE RANDY HAD COME IN BEHIND HIM BUT APPARENTLY HE ONLY HEARD ME YELLING FOR IS1 SEAN TO GET OFF THE PROPERTY AND CAME TO SEE WHAT THE COMMOTION WAS. I ASKED V1 LARRY IF THERE WAS ANY WAY FOR ANYONE INSIDE THE BUILDING TO HAVE SEEN WHAT HAPPENED. V1 LARRY SAID NO, ALMOST IMPOSSIBLE UNLESS THEY WERE ON THE BELT DUE TO THE WAY THE TRUCKS GET PARKED FOR PACKING.

V1 LARRY SAID HE WENT INSIDE AND NOTIFIED HIS MANAGER, M1 PAUL OF THE INCIDENT. V1 LARRY SAID HE WAS NOT ALLOWED TO GO BACK OUTSIDE AFTER THE INCIDENT OCCURRED BUT HIS MANAGER CALLED HEAD OF THEIR SECURITY, JOHN MUSINER. V1 LARRY SAID M1 PAUL ADVISED HIM TO WRITE A STATEMENT ABOUT WHAT HAD OCCURRED AND CALLED MCSO SGT BOVE. M2 SGT BOVE RESPONDED TO THE SCENE

2011 00196458   Continued

VICTIM SERVICES        Fax 6025344540         Mar 17 2011 05:10PM P0009/021

```
** PUBLIC **        PHOENIX POLICE DEPARTMENT REPORT        ** RECORD **

ORIGINAL           PAGE NUMBER:   8         DR NUMBER: 2011 00196458
```

AND TALKED TO V1 LARRY AND ADVISED THEM TO CALL PHOENIX PD IF WANTED A REPORT FOR CRIMINAL PROSECUTION. V1 LARRY ALSO STATED HE WENT TO THE DOCTOR FOR HIS NECK. BECAUSE HE WAS AT WORK WHEN THE INJURY OCCURRED, HE WAS SENT TO MBI INDUSTRIAL MEDICINE LOCATED AT 3501 W OSBORN RD, PHOENIX. HE SAID HE SAW A DOCTOR WHO TOLD HIM HIS NECK WAS STRAINED AND HE HAD TO FOLLOW UP WITH THEM AGAIN ON MONDAY.

V1 LARRY PROVIDED US WITH A COPY OF THE WORK STATUS WORKSHEET GIVEN TO HIM BY MBI INDUSTRIAL MEDICINE TO SHOW THAT HE WAS SEEN BY A DOCTOR. V1 LARRY ALSO GAVE US A COPY OF THE STATEMENT HE WROTE OUT FOR FED EX AND A COPY OF W4 RANDALL'S STATEMENT. COPIES OF ALL THOSE ITEMS WERE IMPOUNDED AS EVIDENCE AT 621 W WASHINGTON.

CRIME SCENE TECHNICIAN BLANKETSHIP #AS332 RESPONDED TO 4475 N 43RD AVE AND TOOK DIGITAL PHOTOGRAPHS OF V1 LARRY AND THE AREA WHERE THE ALLEGED CRIME OCCURRED.

DETECTIVE WENRICK AND MYSELF TOOK V1 LARRY OUTSIDE TO HAVE V1 LARRY SHOW UP THE SCENE SO WE COULD UNDERSTAND BETTER THE LAYOUT OF HOW THINGS HAPPENED. THE FED EX FACILITY IS A LARGE BUILDING WITH LARGE FENCED ENCLOSED AREA AROUND THREE QUARTERS OF BUILDING LOCATED ON N 43RD AVE ON THE SOUTH SIDE OF THE ROAD. THE FRONT OF THE BUILDING FACES WEST ALONG N 43RD AVE. THERE IS AN AREA NORTH OF THE BUILDING WHERE VEHICLE DRIVE THROUGH TO GET TO THE BACK PART WHERE THE DISTRIBUTION AREA IS. THE OFFICE PART OF FED EX BUILDING IS LOCATED IN THE FRONT AND THE DISTRIBUTION AREA IS LOCATED TO THE EAST. THE PARKING AREA RUNS TO THE EAST AND SOUTH OF THE BUILDING. ON THE SOUTH SIDE OF THE BUILDING WHERE THE INCIDENT OCCURRED, THERE IS A CONVEYOR BELT THAT RUNS SOUTH OUT OF THE BUILDING. ON THE EAST AND WEST SIDE OF THE BELT ARE PARKING SPACES WHERE TRUCKS BACK IN FOR PACKING AS V1 LARRY HAD DESCRIBED. V1 LARRY SHOWED US HE BACKED HIS TRUCK IN THE CLOSEST SPACE TO THE BUILDING JUST EAST OF THE CONVEYOR BELT. CRIME SCENE TECHNICIAN TOOK DIGITAL PHOTOGRAPHS OF THIS AREA.

WE REQUESTED FROM M1 PAUL IF THERE WERE ANY VIDEO OF THAT AREA THAT WOULD HAVE RECORDED THE INCIDENT. M1 PAUL CHECKED INTO THE SECURITY SURVELLIENCE AND FOUND THAT THE CAMERA'S WERE NOT WORKING AT THE TIME OF THE INCIDENT.

PRIOR TO LEAVING 4475 N 43RD AVE, V1 LARRY WAS GIVEN A THE REPORT NUMBER AND ADVISED TO CONTACT US IF HE REMEMBERED ANY ADDITIONAL INFORMATION.

DETECTIVE CONNELL CONDUCTED AN INTERVIEW WITH THE SUSPECT THAT WAS VIDEO AND AUDIO TAPED. SEE DETECTIVE CONNELL'S SUPPLEMENT FOR DETAILS OF THAT INTERVIEW.

DETECTIVE SCHOUTEN CONDUCTED INTERVIEWS WITH WITNESSES 1, 2, AND 3. SEE DETECTIVE SCHOUTEN'S SUPPLEMENTAL REPORT FOR DETAILS OF THOSE INTERVIEWS.

ON 02-04-11 AT APPROXIMATELY 0740 HRS, I RECONTACTED V1 LARRY BY TELEPHONE TO ASK HIM ADDITIONAL QUESTIONS. I ASKED V1 LARRY IF HE HAD EVER IN THE TIME HE HAD KNOWN IS1 SEAN USED RACIAL SLURS OR EVEN IN A JOKING MANNER CALLED IS1 SEAN NAMES THAT WERE NEGATIVE TO HIS ETHNICITY, RACE OR SEXUAL

2011 00196458                                                    Continued.

VICTIM SERVICES          Fax 6025344540         Mar 17 2011 03:10PM P010/021

** PUBLIC **      PHOENIX POLICE DEPARTMENT REPORT      ** RECORD **

ORIGINAL          PAGE NUMBER:    9      DR NUMBER: 2011 00196458

ORIENTATION. V1 LARRY SAID "NO, NEVER". I ASKED V1 LARRY IF HE HAD EVER REFERRED TO IS1 SEAN AS "JAMACIA MAN" OR "BOY". V1 LARRY SAID; "OH YEAH. WE ALL DO. I DIDN'T KNOW HIS NAME FOR THE LONGEST TIME BECAUSE THAT IS HOW EVERYONE REFERRED TO HIM." I ASKED V1 LARRY WHO EVERYONE MEANT. V1 LARRY SAID, "ALL THE GUYS, THE MCSO GUYS. THEY CALL HIM JAMACIA MAN OR BOY. THAT'S WHAT THEY CALLED HIM, I JUST DID THEY SAME. I KNOW HE WAS FROM JAMACIA SO THAT'S WHY." I ASKED V1 LARRY IF IS1 SEAN EVER SEEMED TO BOTHERED BY BEING CALLED THAT. V1 LARRY SAID "NO. EVERYONE DID IT." I ASKED V1 LARRY IF HE HAD EVER TOUCHED OR TRY TO TOUCH IS1 LARRY IN ANY WAY. V1 LARRY SAID, "NO, OTHER THAN TO SHAKE HANDS." I ASKED WHAT ABOUT A PAT ON THE BACK, LEG, CHEST, ANYTHING? V1 LARRY SAID, "NO!" V1 LARRY WENT ON TO SAY THAT EVERYONE GIVE EVERYONE A HARD TIME OUT THERE, IT ISN'T JUST IS1 SEAN. NO ONE IS EXCLUDED INCLUDING HIMSELF. IT WAS NEVER A BIG DEAL, WE ALL KNEW WE WERE JUST JOKING AROUND.

BASED ON THE FACTS OF THIS INVESTIGATION, I AM REQUESTING IS1 SEAN EDWARDS BE CHARGED WITH 1 COUNT OF ASSAULT, ARS 13-1203A1, A CLASS 1 MISDEMEANOR.

VICTIM RECEIVED RIGHTS INFORMATION: YES          MAIL-IN SUPPLEMENT: NO

INVOICES:   3987306

DR ENTERED BY : 7882    DR FINALIZED BY : 7882

END OF REPORT          DR NO  2011 00196458

RECEIVED 03-17-'11 17:02   FROM- 6025344540      TO-   AMG ANTHEM   MC000015 P0010/00